UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER D. KIRBY,<br><br>　　　　Defendant. | Case No. 2:24-mj-00818-EJY<br><br>**ORDER** |

　　The Court finds that Mr. Kirby has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

　　IT IS THEREFORE ORDERED that Mr. Kirby is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

　　IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

　　IT IS FURTHER ORDERED that this case be closed.

　　DATED this  4th  day of November, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE